**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **vs.**                                **CASE NO.: 2:09-CR-095 (1)
JUDGE SMITH**

**RICHARD WU,**

    **Defendant.**

## ORDER

On April 23, 2009, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Richard Wu's guilty plea to Count One of the Information. Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11(b) of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact. Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 10 days of the issuance of the Report and Recommendation. Defendant did not file any objections. Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty on Count One of the Information. Defendant is hereby adjudged guilty on that count.

    **IT IS SO ORDERED.**

                                                     */s/ George C. Smith*
                                                     **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**